Dina Barkenthien, Appellant, v. The People of the State of New York, Respondent. — Motion to strike certain statements from the affidavit of the Attorney-General denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of the Judicial Settlement of the Account of Charles J. Baker, as Executor, etc., of Louisa A. Guck, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present— Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

In the Matter of the Application of Edwin R. Wakefield for Admission to the Bar.— Application granted. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Catherine Lynch, Respondent, v. Richmond Light and Railroad Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

The People of the State of New York, Appellant, v. Alfred G. Firth, Respondent.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

Edward Blesser, Appellant, v. Adolph Loebelson, Respondent.— Order affirmed, without costs, and without prejudice to a renewal of the motion after the completion of the examination in supplementary proceedings. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Vincenzo Calendo and Another, Respondents, v. William H. Fleming, Appellant.— Appeal dismissed by default, with ten dollars costs. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

William Collins, Respondent, v. Pittsburg Contracting Company, Appellant.— Judgment and order of the County Court of Westchester county reversed and complaint dismissed upon the ground that said court acquired no jurisdiction of the subject-matter of the action, but as the question is first raised upon the appeal, without costs. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Mary Coyne, as Administratrix, etc., of John Coyne, Deceased, Appellant, v. John Thatcher & Son, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Granite Associates, Respondent, v. Lippman Realty Company and Others, Defendants, Impleaded with E. J. McLaughlin Company, Appellant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Thomas Hanna, Respondent, v. Standard Oil Company of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Eleanor M. Hawley, Respondent, v. Staten Island Rapid Transit Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

George W. Hillman, Jr., Respondent, v. Harry B. Peace and Harvey W. Peace, Appellants.— Judgment and order of the County Court of Queens